# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 11, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

140945(58)(59)(60)

KEVIN KROHN,
        Plaintiff-Appellant,

v

HOME-OWNERS INSURANCE COMPANY,
        Defendant-Appellee.

_____

SC: 140945
COA: 283862
Lenawee CC: 06-002176-NF

On order of the Chief Justice, motions by Michigan Defense Trial Counsel and the Coalition Protecting Auto No-Fault for extension of the time for filing their briefs *amicus curiae* are considered and they are granted. The motion by the Michigan Catastrophic Claims Association for leave to file a brief *amicus curiae* is considered and it is granted.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 11, 2011

                                     Clerk